UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,   No. C 12-3722 SI (PR)

    Plaintiff,   **JUDGMENT**

    v.

D. REYES,

    Defendant.

_____ /

Defendant's motion for summary judgment having been granted, judgment is hereby entered in favor of defendant. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: March 5, 2014

                                              SUSAN ILLSTON
                                       United States District Judge

**United States District Court**
For the Northern District of California